UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| 1199SEIU, UNITED HEALTHCARE WORKERS EAST, | 07 Civ. 4816 (GBD) |
| Plaintiff, | <u>RULE 7.1 STATEMENT</u> |
| -against- | |
| RITE AID CORPORATION and THE JEAN COUTU GROUP (PJC), INC., THE JEAN COUTU GROUP USA, INC., d/b/a BROOKS ECKERD DRUG STORES | |
| Defendants. | |

------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for 1199SEIU United Healthcare Workers East, a private (non-governmental) party, certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

None

Dated: New York, New York
      June 6, 2007

LEVY RATNER, P.C.<br><br>
By:    /s/ Allyson L. Belovin<br>
Allyson L. Belovin (AB 3702)<br>
Attorneys for Plaintiff 1199<br>
80 Eighth Avenue, 8th Floor<br>
New York, New York 10011<br>
(212) 627-8100<br>
(212) 627-8182 (fax)<br>
abelovin@lrbpc.com

{Worldox Files\1199\123\04\07035918.DOC}