UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
1199SEIU, UNITED HEALTHCARE  :
WORKERS EAST,                :
                             :
                             :
            Plaintiff,       :
                             :    07 cv. 04816 (GBD)
     -against-               :
                             :    **NOTICE OF**
                             :    **APPEARANCE**
RITE AID CORPORATION and     :
THE JEAN COUTU GROUP (PJC), INC., :
THE JEAN COUTU GROUP USA, INC., :
d/b/a BROOKS ECKERD DRUG STORES, :
                             :
            Defendants.      :
-------------------------------------------------------------X

PLEASE TAKE NOTICE that Thompson Wigdor & Gilly LLP, by and through the undersigned attorney, hereby enters its appearance as counsel of record for Defendant Rite Aid Corporation. Please forward all future orders, pleadings and other papers in this case to the office address below.

Dated: June 7, 2007
       New York, New York

                                              Respectfully submitted,

                                              */s/ Scott Browning Gilly*
                                              Scott Browning Gilly (SG-6861)

THOMPSON WIGDOR & GILLY LLP
Empire State Building
350 Fifth Avenue - Suite 5720
New York, New York 10118
Phone: (212) 239-9292
Fax: (212) 239-9001
E-mail: sgilly@twglawyers.com

Counsel for Defendant Rite Aid Corporation