## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Appearance was served via ECF, this 7th day of June 2007, upon the following counsel for Plaintiff:

Allyson L. Belovin, Esq.
Levy Ratner, P.C.
80 Eighth Avenue, 8th Floor
New York, NY 10011