UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
1199SEIU, UNITED HEALTHCARE :
WORKERS EAST, :
:
:
Plaintiff, :
:
:
-against- : 07 cv. 04816 (GBD)
:
RITE AID CORPORATION and : **RULE 7.1 STATEMENT**
THE JEAN COUTU GROUP (PJC), INC., :
THE JEAN COUTU GROUP USA, INC., :
d/b/a BROOKS ECKERD DRUG STORES, :
:
Defendants. :
:
------------------------------------------------------------------ X

Pursuant to Fed. R. Civ. P. 7.1, and to enable the district judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record hereby certifies that Defendant Rite Aid Corporation is a publicly held corporation. It has no parent corporation and has a number of corporate subsidiaries, none of which are publicly held independent of Defendant Rite Aid Corporation.

Dated: June 7, 2007
       New York, New York

Respectfully submitted,

_____
Scott Browning Gilly (SG-6861)

THOMPSON WIGDOR & GILLY LLP
Empire State Building
350 Fifth Avenue - Suite 5720
New York, New York  10118
Phone: (212) 239-9292
Fax:  (212) 239-9001
E-mail: sgilly@twglawyers.com

Counsel for Defendant Rite Aid Corporation