UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
1199SEIU, UNITED HEALTHCARE
WORKERS EAST,

                    Plaintiff,

        -against-

RITE AID CORPORATION and
THE JEAN COUTU GROUP (PJC), INC.,
THE JEAN COUTU GROUP USA, INC.,
d/b/a BROOKS ECKERD DRUG STORES,

                    Defendants.
------------------------------------------------------------X

07 cv. 04816 (GBD)

**AMENDED NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorneys hereby enter their appearance as counsel of record for Defendants Rite Aid Corporation, The Jean Coutu Group (PJC), Inc., and The Jean Coutu Group USA, Inc., d/b/a Brooks Eckerd Drug Stores.

Dated: June 14, 2007
       New York, New York

                                        Respectfully submitted,

                                        THOMPSON WIGDOR & GILLY LLP

                                        By: _____
                                              Scott B. Gilly (SG-6861)

                                        The Empire State Building
                                        350 Fifth Avenue, Suite 5720
                                        New York, New York 10118
                                        Telephone: (212) 239-9292
                                        Facsimile: (212) 239-9001
                                        E-mail: sgilly@twglawyers.com

                                        - and –

Stephen M. Silvestri (*Motion to Admit Pro Hac Vice Pending*)
Stefan J. Marculewicz (*Motion to Admit Pro Hac Vice Pending*)
Laura Pierson-Scheinberg (*Motion to Admit Pro Hac Vice Pending*)
MILES & STOCKBRIDGE, P.C.
10 Light Street
Baltimore, MD 21202
Telephone: (410) 727-6464
Facsimile: (410) 385-3700

Counsel for Defendants