## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Amended Notice of Appearance was served via ECF, this 14th day of June 2007, upon the following counsel for Plaintiff:

> Allyson L. Belovin, Esq.
> Levy Ratner, P.C.
> 80 Eighth Avenue, 8[th] Floor
> New York, NY 10011

_____