# EXHIBIT C

UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

1199SEIU, UNITED HEALTHCARE
WORKERS EAST,

                Plaintiff,

v.

RITE AID CORPORATION, *et al*

                Defendants.

--------------------------------------------------------X

## DECLARATION OF DALE DUDIK

1.     I, Dale Dudik, am over eighteen (18) years of age and am competent to testify about and have personal knowledge with regard to matters set forth herein.

2.     I am currently employed with Rite Aid as Division Human Resources Director for Division 6 which includes the former Brooks and Eckerd stores in New England, New York, Northern New Jersey, Western Pennsylvania, Ohio, West Virginia, and Maryland. I supervise a field team of 8 human resources managers with the development and implementation of company human resources initiatives including policies and procedures compliance, compensation management, associate relations activities, and disciplinary actions. I also provide training for associate development, including union awareness training.

3.     I have held my position with Rite Aid since June 4, 2007, the date that Rite Aid closed the transaction in which it acquired 1,854 Brooks and Eckerd stores from the Jean Coutu Group (PJC) Inc.

4.     Prior to June 4, I worked for Coutu as a Director of Field Human Resources and Retail Distribution Centers. My responsibilities were similar to my current duties except that I was responsible for all Brooks Eckerd stores and six (6) distribution centers, and supervised 52 field human resources managers.

5.     Coutu has never been a party to any CBA with any Union.

6.     Prior to June 4, 2007, Coutu's activities with respect to Brooks and Eckerd store employees were conducted on its own behalf. Rite Aid did not meet with or talk to Brooks and Eckerd store employees to discuss 1199SEIU. Rite Aid did not instruct or control Brooks Eckerd labor relations matters.

7.    In late April and early May, 2007, the Union launched and aggressive two-day campaign, talking to several hundred Brooks and Eckerd Pharmacy chain workers in 14 NJ and NY counties, through out New York City, Long Island, and north through the Hudson Valley and Albany areas." During that 2 day campaign, 1199SEIU distributed copies of a pamphlet and other materials to Brooks and Eckerd employees. A copy of union materials distributed to Brooks and Eckerd employees during this period is attached as Tab 1. The materials included a full size copy of a portion of Article 1 from 1199 National Health and Human Service Employees Union, SEIU, AFL-CIO and Rite Aid Corporation's Collective Bargaining Agreement.

8.    The Union visited numerous Brooks and Eckerd stores. Union agents informed employees that they would be "in the Union" once Rite Aid acquired the stores, and distributed union materials, as well as a copy of the "Coverage" clause of the Contract. Attached as Tab 2. Some examples of the reports I received concerning what happened in the stores include:

- On April 30, 2007, Union representatives visited store number 5598 in Glen Cove, NY. They came into the store, introduced themselves as representatives of Local 1199, gave the Pharmacist a copy of the materials attached at Tab 1, and approached him saying "Welcome Aboard".

- On April 30, employees at store number 5593 in Port Washington, NY, witnessed three Union representatives outside their store handing out Local 1199 pamphlets and commenting to customers that store may be "closing". The Union representatives' comments prompted customers to ask whether the store was closing. Later the same day, the Union made a second visit. Union representatives introduced themselves to the Pharmacy Manager as 1199, said "Welcome to the Union," and handed the Pharmacy Manager the materials attached at Tab 1.

- On April 30 four Union representatives walked into store number 5564 in Brooklyn, NY, shouting to the associates, "Welcome Aboard," "You're part of 1199," and "Welcome to the Family." Two of the Union representatives walked to the back of store, despite being asked to leave two times. The union representatives just ignored the requests, walked to the photo counter, and said, "They are part of the union now." During an attempt by the Store Manager to inform the Union representatives of our company's No Solicitation Policy, one of the Union representatives got face to face with the Store Manager and said "When we are done, we will leave." The Store Manager felt threatened by this and called the police. By the time the police arrived, the Union representatives had grabbed store merchandise to make it appear as though they were shopping. However, the Police saw the union literature and advised the Union representatives to make their purchase and leave. As they were making their purchases, the Union Representatives gave the cashiers the Union materials attached at Tab 1. In early May, the Pharmacists at this store also received a package in the mail from the Union which contained the materials in Tab 1.

2

- The Union showed up at store 5035, in Kingston NY, three separate occasions on the same day. During the first visit, a Union representative came in with 1199 brochures, gave them to a photo associate and said "Your store may be one that is closing." The associate was in the middle of ringing a customer's purchase. The assistant manager witnessed the associate saying, "I don't want to be part of the Union," while handing the brochure back. The Union visited a second time and approached associates on their smoke break. They gave the associates the materials attached at Tab 1 and said "here is information you should read." On the third visit, the Union walked into the store and handed an associate materials and said, "You should read this, it's important about your job." At this point, the Assistant Store Manager told the Union that there was no solicitation in the stores, and the Union representative dropped the Union brochures in front of the cashier and left.

- On April 30, four Union representatives came into store 3416, in Newark, New Jersey, at once. One representative told an associate she was from Local 1199 and handed the associate a brochure. The Union Representative asked this associate, "Did you know you will be a part of the union family in a couple of weeks?" The Union representatives were handing out pamphlets and talked to four front end associates and a Pharmacist Technician. A couple of weeks later, the store received in the mail three separate envelopes with no return address marked "Eckerd Pharmacist/confidential" that contained union campaign materials.

- On April 30, a Union representative went to the pharmacy at store number 5596, and introduced himself. The District Manger was present and asked the representative to leave the building, and escorted him out of the store. A union representative also approached an associate in the parking lot and handed him the Union materials attached at Tab 1.

- The Union has conducted two or more campaign visits in at least twelve of the Brooks and Eckerd stores, nine of which are located in the Metro area around Manhattan.

- There have been reports of at least 140 campaign visits to the Brooks and Eckerd stores in New York, and at least 55 visits to the stores in Northern New Jersey.

- We also received notification from 87 Brooks and Eckerd locations in the Manhattan and surrounding areas extending to the lower Hudson Valley that they have received union campaign materials.

9.      The Union published on its web site a press release dated May 10, 2007, which (1) introduced the Brooks and Eckerd employees to the Union, and (2) indicated that when Rite Aid took over the Brooks and Eckerd stores, Brooks/Eckerd employees would "have the legal right to enjoy the same contract, benefits, protections and resources that the Rite-Aid corporation provides to other 1199SEIU employees," and that "[t]he Rite-Aid corporation has a legal obligation to ensure that Brooks and Eckerd workers have the same advantages as other 1199SEIU members." A copy of the 1199SEIU web page is attached as Tab 3.

10.     Linked to the press release was a pamphlet in which 1199SEIU welcomed Brooks and Eckerd employees. A copy of this pamphlet is attached as Tab 4.

11.     Responding to the Union Campaign, on May 3, Coutu, on its own behalf and without direction from Rite Aid, prepared a short communication (10 minutes or less) for store managers to deliver to their associates. This communication was an attempt set the record straight on what the union was saying in the stores. We call this the "10 Minute Huddle." These are the materials referred to in Ms. Vallone's affidavit ¶ 23-25. Coutu told its Brooks and Eckerd employees that they have the right to determine for themselves whether they wished to be represented by a union. Contrary to the claims made by Ms. Vallone in her affidavit, the Huddle conversation did not include any statement that the union would undermine the success of the stores. The Huddle is in compliance with Federal Labor Law.

12.     Coutu presented field management union awareness training sessions. The decision to initiate the training was made by Coutu, with no direction to do so from Rite Aid. Non-supervisory employees were not part of these meetings. Rite Aid was not part of these meetings.

13.     The Union has never demonstrated or offered to demonstrate that it represents a majority of any group of Brooks and Eckerd employees.

14.     The Union was not denied entry to Brooks and Eckerd stores. However, once union representatives began soliciting employees during working time and in customer/selling areas, they were asked to leave. I am not aware of our Store Managers taking union literature out of employees' hands, nor was any such incident reported to me. The information collected in Tab 1 was either given by the Union directly to a Supervisor or the Associate voluntarily handed the materials to the Supervisor.

15.     I am unaware of an instance, nor was it sanctioned, where Store Managers held hour-long meetings for Associates regarding the Union. The sole communications to Associates centered on the 10 Minute Huddle. (Vallone Affidavit Exhibit 5.) I am unaware of any comments by store managers that "the union would take away their money, that employees should not talk to union representatives who may enter the stores, and that they should not sign any document that

the union gives to them," "that they would lose current benefits such as their seniority status," "that the union would charge high dues which would greatly reduce their salaries," or "that they were told by store managers that they had to review literature which explained that if they were represented by the Union they would lose control over their work" as Ms. Vallone claims in her Affidavit. The Store Managers were provided with the 10 Minute Huddle materials around which all of their communications with Associates were to be centered.

16.      I am not aware of any Store Manager threatening to fire a Pharmacy Technician if that Technician discussed the Union at work. Such a threat would not have been permitted by Coutu. Coutu has a comprehensive no solicitation policy which is strictly enforced in its stores. A copy is attached here to as Tab 6. In accordance with this policy, it is possible that a Store Manager could have instructed an employee not to discuss the Union during working time.

17.      I am unaware of any communications between the Store Manager and Rafaat A-wahba, to "keep his opinions to himself," "that he should be careful what he says" and that "we do not want you to get into trouble" as Ms. Vallone claims in her affidavit.

18.      I am unaware of any Eckerd Managers calling employees to insist that they submit signed documents attached to anti-union literature or telling employees that they had to sign literature denouncing the Union. Such conduct would not be sanctioned, requested or permitted by Coutu. I know of no such literature being handed out in the stores.

19.      There was no meeting with Brooks and Eckerd employees in Long Island in mid-June to discuss why the company does not need a union, nor is there such a meeting scheduled for another date. It is not possible that Eckerd employees were told that Rite Aid had invited them to such a meeting as Ms. Vallone suggests.

I HEREBY SOLEMNLY DECLARE AND AFFIRM under penalty of perjury that the foregoing facts set forth in this Affidavit, are true and correct to the best of my knowledge, information, and belief.

_June 14, 2007_
Date

NOTARIAL SEAL
JUSTIN B OWENS
Notary Public
EAST PENNSBORO TWP, CUMBERLAND COUNTY
My Commission Expires Oct 6, 2010

6

# EXHIBIT 1



EXHIBIT

1

04/30/2007  12:42   7578536602                    ECKERD NORFOLK REG                PAGE  03

04/29/2007  22:42   9146570530                    ECKERD                            PAGE  01

# ARTICLE 1

## COVERAGE

1.1    This Agreement shall be binding upon the Union, the Employer and its successors and assigns, but shall apply only to those drug stores operated by said Employer, and to drug stores hereafter opened by Rite Aid Corporation (including, but not limited to those in which the Employer directly or indirectly acquires an interest of 50% or more in existing stores), in the City of New York, and the New York Counties of Nassau, Suffolk, Westchester, Orange, Putnam, Ulster, Dutchess, Sullivan, and Rockland, and the City of Albany, and the New Jersey Counties of Passaic, Bergen, Essex, Hudson, and Union, and the Cities of Edison, Perth Amboy, Carteret and Woodbridge in Middlesex County, New Jersey, regardless of the name or whether the drug store is operated individually or as a partnership or corporation.

1.2    All provisions of this Agreement shall apply to the previously listed New York counties of Orange, Putnam, Ulster, Dutchess, and Sullivan and the City of Albany, except that modifications to this Agreement affecting those counties shall be set forth in a written addendum attached to this Agreement as Schedule G A.

1.3    All provisions of this Agreement shall apply to the previously listed New Jersey counties, except staff pharmacists and supervising pharmacists shall be excluded from the bargaining unit in those counties. Other modifications to this Agreement affecting those counties shall be negotiated separately and shall be set forth in a written addendum attached to this Agreement as Schedule D B.

1.4    The Employer obligates itself to live up to the terms and provisions of this Agreement, and warrants that it will comply with the provisions of this Agreement requiring contributions to the National Benefit Fund for Health And Human Services Employees ("NBF") and the 1199 Health Care Employees Pension Fund for the Hospital League/1199 Training and Upgrading Fund ("TUF"), 1199 Employers Child Care Fund ("CCF"), and the 1199 Job Security

PAGE  03                         ECKERD                 2016896683      11:06   04/30/2007

04/30/2007  12:42    7578536602                ECKERD NORFOLK REG                    PAGE   04

04/29/2007  22:42    9146578530                        ECKERD                          PAGE   02

Fund ("JSF"), and the Union obligates itself in good faith for all of its members that it will live up to the provisions of this Agreement.

1.4    The words, "Employer" or "Employers" as and whenever used in this Agreement, and the pronouns, "he" and "his," used in connection therewith, are intended to and apply to the Employer, Rite Aid Corporation, and to each drug store covered hereunder, whether operated by an individual, co-partnership or corporation.

1.6    The words, "Associate" or "Associates" as and whenever used in this Agreement, and the pronouns, "he" or "his" used in connection therewith, are intended to apply to each Associate covered by this Agreement whether male or female, full-time or part-time.

1.7    The term, "drug store" as and whenever used in this Agreement, also includes and shall mean "retail drug store" and/or "pharmacy."

1.8    The term "retail drug business" as and whenever used in this Agreement, shall be interpreted to mean the business of operating drug stores and health and beauty aid stores as defined herein.

1.9    The term "health and beauty aid store" as and whenever used in this Agreement, shall be interpreted to mean a retail drug store without a pharmacy.

PAGE  04                              ECKERD                    2016695603    11:06  04/30/2007

# *Welcome*

## All Eckerd and Brooks Employees!



You will soon have a legal right to enjoy the same benefits, advantages and job security as thousands of 1199 pharmacy chain members in the Greater New York and New Jersey metropolitan area. This booklet has been created for you to have the information you need regarding what it means to be an 1199SEIU member—for you and your family.

And if you have any questions, just call us at our toll free number. We'll answer your questions and send you all the information you need.

Call us!
**877-890-1199**

04/30/2007  12:42    7576536602                    ECKERD NORFOLK REG                    PAGE  05

84/29/2007  22:42    9145670530                    ECKERD                    PAGE  05

# Questions & Answers

**Q.** How did I become an 1199 member?

**A.** When the Federal Trade Commission (FTC) in Washington, DC gives its approval, the Rite Aid corporation will take over your store and hundreds of others in New York and New Jersey. Your store will eventually have a Rite Aid sign. And you'll too be part of our 1199 family.

**Q.** So what does that mean?

**A.** It means that you will have the same contract, benefits and other advantages that the Rite Aid corporation provides to other 1199 employees. Our legally binding contract (collective bargaining agreement) includes the best wages, benefits and workers' rights in the country. The Rite Aid corporation has a legal obligation to ensure that you enjoy all of these same advantages.

**Q.** How do I know that's true?

**A.** Call us toll free at 877-890-1199 and we'll send you a copy of the contract *signed by the Rite Aid company!*

**Q.** What are my rights?

**A.** **You have a legal right to have a union under federal law and your manager knows that.** Most managers will follow the law. If there's a problem, call us at 877-890-1199 and we'll take it from there.

**Q.** How will this all work? Will I have a say in any of this?

**A.** All 1199 members have a say and management must, by law, listen. You and your co-workers, store by store, will elect a committee who will sit down with the union's assistance and negotiate with Rite Aid. This 1199 committee will ensure that:

- **You have what you deserve;**
- **You maintain the good things you already have on the job;**
- **You improve the things that need improvement.**

04/30/2007  11:06    2016896883                    ECKERD                    PAGE  06

04/30/2007   12:42   7570536502          ECKERD NORFOLK REG                    PAGE   07

04/29/2007   22:42   9146670530                ECKERD                          PAGE   06



**"We have the highest wages** for pharmacists in the country, a guaranteed pension—and our benefits will carry over into our retirement."



**"I have no-cost health benefits for my** entire family—no premiums or co-pays. There are no out-of-pocket costs to us. And that includes prescriptions, vision and dental benefits too!"



**"I have a pension I can count on. And** if I go to work at another Rite-Aid store, I can take that pension plan—and all my other benefits with me."

PAGE   07                      ECKERD              2016895093   11:06   04/30/2007



"**O**ur 1199 Child Care Fund makes it possible to go to work and feel secure that our kids are in a good child care program that's paid for! And there's even camp in the summer."



"**I**'ll have healthcare benefits in addition to Medicare when I retire."



"**I**'m taking college classes and the union is paying for my education. I have a chance to move on up that I wouldn't otherwise have."



"**I** have job security. That's so important to me and my family. And my seniority counts!"

04/30/2007  12:42    7578536602                ECKERD NORFOLK REG                    PAGE  09

04/29/2007  22:42    9145578538                      ECKERD                    PAGE  08

## OTHER 1199 BENEFITS

- Excellent holiday, vacation and sick benefits. And we get paid for our unused sick days!
- Management doesn't have the last word if there's a problem. We have a process, assisted by the union, and we have a say in how things are resolved.
- A legally binding contract that makes sure we are treated fairly.

**Does all this sound too good to be true?** That's understandable, because we are talking about some of the best wages and benefits in the country. But, if you want to find out for yourself, just stop by any Rite-Aid store in your neighborhood—or anywhere in the metropolitan area. And the Rite Aid 1199

members there will be glad to answer all your questions and tell you about their experiences. You also can call us for free at 877-890-1199 and we'll answer your questions and send you important materials. **How did Rite Aid employees get all this?** Thanks to the union, every 3-4 years we have a right to sit down with management and tell them what we need to improve our lives (like raises and cost of living increases, for instance). We also tell them what policies aren't working. This is our right as union members. 1199 has a long history of being the most democratic union in the country. That means that the folks who will actually bargain your contract are elected by you! **It can even be you!**

04/30/2007  12:42    7578536602
ECKERD NORFOLK REG
PAGE  10

04/29/2007  22:42    9145672530
ECKERD
PAGE  09

## Union Dues

All 1199 members pay dues. After all, it's OUR organization and our dues keep it running — for the benefit of all of us. We pay our dues on a sliding scale and no one ever pays more than $75. Former Eckerd and Brooks employees will automatically be 1199SEIU members, but will not pay any dues until all your contract issues are addressed, settled and signed by the negotiating committee and the employer. Furthermore, there will be no initiation fees for Eckerd and Brooks employees. *Are dues worth it? There's no question about it — yes!*

When you add up the savings you get with no out-of-pocket health care costs, free education and training opportunities, holidays, vacation and sick days, an employer-paid guaranteed pension, child care benefits and job security, it more than justifies the amount of union dues we pay.



"We've worked at places where we didn't have a union and didn't pay dues. And it showed, because we didn't have good wages and benefits either. And we had no say on the job. Union dues are well worth the advantages we have today as 1199 members."



PAGE  10
ECKERD
20168959083
11:05   04/30/2007

## Who We Are

1199 started out as a union of pharmacists—and today is America's oldest pharmacy union. We are more than 6,500 pharmacists, pharmacy techs, front end workers, cashiers and shift supervisors who work in retail drugstores like Rite-Aid and Pathmark. We also have members at HIP and many who work in hospital pharmacies across the metropolitan area. Our newest members will be you, thousands of Eckerd and Brooks employees whose drug stores will soon become Rite Aid.

## Professional Standards

1199 pharmacists are committed to upholding the highest professional practices and standards in the industry. Our union has a "Professional and Technical Department," which focuses specifically on issues that are important to pharmacists and other healthcare professionals. In fact, we have a "Pharmacy Committee" that is made up of retail and hospital pharmacists, together. Our committee runs excellent continuing education seminars that are nationally accredited. The committee also prioritizes what the union's legislative agenda should be and tracks key trends in the industry. If you are interested in receiving THE MONITOR, the newsletter for 1199 professionals, go to our website, learn more and sign up today.



Don't forget! If you have any questions at all, call us toll free at 877.890.1199. Check out our website at www.1199SEIU.org.

# EXHIBIT 2

**NEWS CENTER**   MAY 10, 2007

# 1199er's Introduce New Pharmacy Chain Workers To Union

The 1199SEIU Pharmacy Division is growing stronger. On April 30 and May 1, 1199ers waged a successful two-day campaign, talking to several hundred Brooks and Eckerd Pharmacy chain workers in 14 NJ and NY counties, throughout New York City, Long Island, and north through the Hudson Valley and Albany area.

"We wanted to meet the workers and let them know that when the Federal Trade Commission (FTC) gives its approval, the Rite Aid corporation will be taking over these Eckerd and Brooks drugstores," said former drugstore worker and Pharmacy Division Vice-President Laurie Vallone. "That means the workers will have the legal right to enjoy the same contract, benefits, protections and resources that the Rite-Aid corporation provides to other 1199SEIU employees."

» **1199SEIU Welcome Pamphlet**

The current Rite-Aid contract, a legally binding collective bargaining agreement, includes the best wages, benefits and workers' rights of any drugstore chain in the country. The Rite-Aid corporation has a legal obligation to ensure that Brooks and Eckerd workers have the same advantages as other 1199SEIU members.

The 1199SEIU Pharmacy Division includes 6,500 pharmacists, pharmacy techs, front end workers, cashiers and shift supervisors.1199 started in 1932 as a union of pharmacists and has a long history of upholding the highest professional practices and standards in the industry.

For more information call 1-877-890-1199

» Return to News Center

EXHIBIT

2

# EXHIBIT 3

EXHIBIT

3

tabbles'



# Welcome To 1199SEIU

## America's Strongest

## Pharmacy Chain Union ...

## That Works!

### Who We Are

1199 started out as a union of pharmacists—and *today* is America's oldest pharmacy union. We are more than 6,500 pharmacists, pharmacy techs, front end workers, cashiers and shift supervisors who work in retail drugstores like Rite-Aid and Pathmark. We also have members at HIP and many who work in hospital pharmacies across the metropolitan area. Our newest members will be you, thousands of Eckerd and Brooks employees whose drug stores will soon become Rite Aid.

### Professional Standards

1199 pharmacists are committed to upholding the highest professional practices and standards in the industry. Our union

has a "Professional and Technical Department," which focuses specifically on issues that are important to pharmacists and other healthcare professionals. In fact, we have a "Pharmacy Committee" that is made up of retail and hospital pharmacists, together. Our committee runs excellent continuing education seminars that are nationally accredited. The committee also prioritizes what the union's legislative agenda should be and tracks key trends in the industry. If you are interested in receiving THE MONITOR, the newsletter for 1199 professionals, go to our website, learn more and sign up today.

Don't forget! If you have any questions at all, call us toll free at **877-890-1199**. Check out our website at **www.1199SEIU.org**.



When you add up the savings you get with no out-of-pocket health care costs, free education and training opportunities, holidays, vacation and sick days, an employer-paid guaranteed pension, child care benefits and job security, it more than justifies the amount of union dues we pay.

## Union Dues

All 1199 members pay dues. After all, it's OUR organization and our dues keep it running — for the benefit of all of us. We pay our dues on a sliding scale and no one ever pays more than $75. Former Eckerd and Brooks employees will automatically be 1199SEIU members, but will not pay any dues until all your contract issues are addressed, settled and signed by the negotiating committee and the employer. Furthermore, there will be no initiation fees for Eckerd and Brooks employees. **Are dues worth it? There's no question about it — yes!**





ARTICLE 1
COVERAGE

This Agreement shall be binding upon the Union, the Employer and its successors and assigns, but shall apply only to those drug stores operated by said Employer, and to drug stores hereafter opened by the said Corporation (including, but not limited to those in which the Employer directly or indirectly acquires an interest of 50% or more in existing stores), in the City of New York, and in New York Counties of Nassau, Suffolk, Westchester, Orange, Putnam, Ulster, Dutchess, Sullivan, and Rockland, and the City of the Clinton of Edison, Park Astoria, Corona and Woodbridge in Middlesex County, New Jersey, regardless of the name or whether the drug store is operated individually or as a partnership or corporation.



"We've worked at places where we didn't pay dues. We didn't have a union and we didn't. And it showed, because we didn't have good wages and benefits either. And we had no say on the job. Union dues are well worth the advantages we have today as 1199 members."

## Welcome

## All Eckerd and Brooks Employees!

You will soon have a legal right to enjoy the same benefits, advantages and job security as thousands of 1199 pharmacy chain members in the Greater New York and New Jersey metropolitan area. This booklet has been created for **you** to have the information you need regarding what it means to be an 1199SEIU member—for you and your family.

And if you have any questions, just call us at our toll free number. We'll answer your questions and send you all the information you need.

Call us!

**877-890-1199**

## OTHER 1199 BENEFITS

- Excellent holiday, vacation and sick benefits. And we get paid for our unused sick days!
- Management doesn't have the last word if there's a problem. We have a process, assisted by the union, and we have a say in how things are resolved.
- A legally binding contract that makes sure we are treated fairly.

**Does all this sound too good to be true?** That's understandable, because we are talking about some of the best wages and benefits in the country. But, if you want to find out for yourself, just stop by any Rite-Aid store in your neighborhood—or anywhere in the metropolitan area. And the Rite Aid 1199 members there will be glad to answer all your questions and tell you about their experiences. You also can call us for free at **877-890-1199** and we'll answer your questions and send you important materials. **How did Rite Aid employees get all this?** Thanks to the union, every 3-4 years we have a right to sit down with management and tell them what we need to improve our lives (like raises and cost of living increases, for instance). We also tell them what policies aren't working. This is our right as union members. 1199 has a long history of being the most democratic union in the country. That means that the folks who will actually bargain your contract are elected by you! **It can even be you!**

## Questions & Answers

Q. How did I become an 1199 member?

A. When the Federal Trade Commission (FTC) in Washington, DC gives its approval, the Rite Aid corporation will take over your store and hundreds of others in New York and New Jersey. Your store will eventually have a Rite Aid sign. And you'll too be part of our 1199 family.

Q. So what does that mean?

A. It means that you will have the same contract, benefits and other advantages that the Rite Aid corporation provides to other 1199 employees. Our legally binding contract (collective bargaining agreement) includes the best wages, benefits and workers' rights in the country. The Rite Aid corporation has a legal obligation to ensure that you enjoy all of these same advantages.

Q. How do I know that's true?

A. Call us toll free at 877-890-1199 and we'll send you a copy of the contract signed by the Rite Aid company!

Q. What are my rights?

A. **You have a legal right to have a union under federal law and your manager knows that.** Most managers will follow the law. If there's a problem, call us at 877-890-1199 and we'll take it from there.

Q. How will this all work? Will I have a say in any of this?

A. All 1199 members have a say and management must, by law, listen. You and your co-workers, store by store, will elect a committee who will sit down with the union's assistance and negotiate with Rite Aid. This 1199 committee will ensure that:

- **You have what you deserve;**
- **You maintain the good things you already have on the job;**
- **You improve the things that need improvement.**

**"O**ur 1199 Child Care Fund makes it possible to go to work and feel secure that our kids are in a good child care program that's paid for! And there's even camp in the summer."



**"I**'ll have healthcare benefits in addition to Medicare when I retire."



**"I**'m taking college classes and the union is paying for my education. I have a chance to move on up that I wouldn't otherwise have."



**"I** have job security. That's so important to me and my family. And my seniority counts!"

**"W**e have the highest wages for pharmacists in the country, a guaranteed pension—and our benefits will carry over into our retirement."



**"I** have no-cost health benefits for my entire family—no premiums or co-pays. There are no out-of-pocket costs to us. And that includes prescriptions, vision and dental benefits too!"



**"I** have a pension I can count on. And if I go to work at another Rite-Aid store, I can take that pension plan—and all my other benefits with me."



4