SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
1199SEIU, UNITED HEALTHCARE
WORKERS EAST,

                       Plaintiff,      07 cv. 04816 (GBD)

       -against-               **MOTION TO ADMIT COUNSEL PRO HAC VICE**

RITE AID CORPORATION and
THE JEAN COUTU GROUP (PJC), INC.,
THE JEAN COUTU GROUP USA, INC.,
d/b/a BROOKS ECKERD DRUG STORES,

                       Defendants.
------------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Scott B. Gilly, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Laura Pierson-Scheinberg
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202
Telephone: (410) 727-6464
Facsimile: (410) 385-3700
E-mail: lpiersonscheinberg@milesstockbridge.com

Laura Pierson-Scheinberg is a member in good standing of the Bar of the State of Maryland. Attached as Exhibit A is a Certificate of Good Standing for Ms. Pierson-Scheinberg. There are no pending disciplinary proceedings against Ms. Pierson-Scheinberg in any State or Federal Court.

Attached as Exhibit B is an affidavit of the undersigned sponsoring attorney.

Dated: June 12, 2007
      New York, NY

                                                Respectfully submitted,

                                                THOMPSON WIGDOR & GILLY LLP

                                        By:    _/s/ Scott B. Gilly_____
                                                     Scott B. Gilly (SG-6861)

                                                The Empire State Building
                                                350 Fifth Avenue, Suite 5720
                                                New York, New York 10118
                                                Telephone: (212) 239-9292
                                                Facsimile: (212) 239-9001

                                                Counsel for Defendant Rite Aid Corporation

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twelfth day of December, 2001,

### Laura Pierson Scheinberg

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this seventh day of June, 2007.

_Alexander L. Cummings_
Clerk of the Court of Appeals of Maryland

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
1199SEIU, UNITED HEALTHCARE       :
WORKERS EAST,                     :
                                  :
                       Plaintiff, :    07 cv. 04816 (GBD)
                                  :
         -against-                :    **AFFIDAVIT OF**
                                  :    **SCOTT B. GILLY**
RITE AID CORPORATION and          :    **IN SUPPORT OF**
THE JEAN COUTU GROUP (PJC), INC., :    **MOTION TO ADMIT**
THE JEAN COUTU GROUP USA, INC.,   :    **COUNSEL PRO HAC**
d/b/a BROOKS ECKERD DRUG STORES,  :    **VICE**
                                  :
                       Defendant. :
-------------------------------------------------------------X

       Scott B. Gilly, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Thompson Wigdor & Gilly LLP, counsel for Defendant Rite Aid Corporation ("Rite Aid") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Rite Aid's motion to admit Laura Pierson-Scheinberg as counsel pro hac vice to represent Rite Aid in this matter.

2. I am a member in good standing of the bar of the State of New York. I am also admitted to practice before the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Ms. Pierson-Scheinberg is an associate at Miles & Stockbridge, P.C., in Baltimore, Maryland.

4. I have found Ms. Pierson-Scheinberg to be a skilled attorney and a person of integrity. She is experienced in Federal practice, is fully familiar with the Federal Rules of Civil Procedure, and has familiarized herself with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and this Court's Individual Practices.

5. Accordingly, I am pleased to move the admission of Ms. Pierson-Scheinberg, pro hac vice.

6. I respectfully submit a proposed order granting admission of Laura Pierson-Scheinberg, pro hac vice, which is attached hereto as Exhibit 1.

WHEREFORE, it is respectfully requested that the motion to admit Laura Pierson-Scheinberg, pro hac vice, to represent Defendant Rite Aid Corporation in the above captioned matter, be granted.

Dated: June 12, 2007

_____
Scott B. Gilly

Sworn to before me this 12th
day of June 2007

_____
Notary Public

VIRGINIA GENTILE
Notary Public, State of New York
No. 01GE4960908
Qualified in Nassau County
Commission Expires January 2, 20_10_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
1199SEIU, UNITED HEALTHCARE :
WORKERS EAST, :
   :
                                Plaintiff,   :     07 cv. 04816 (GBD)
   :
        -against-                               :    **ORDER FOR ADMISSION**
   :    **PRO HAC VICE**
RITE AID CORPORATION and :    **ON WRITTEN MOTION**
THE JEAN COUTU GROUP (PJC), INC., :
THE JEAN COUTU GROUP USA, INC., :
d/b/a BROOKS ECKERD DRUG STORES, :
   :
                            Defendants.  :
------------------------------------------------------------X

      Upon the motion of Scott B. Gilly, attorney for Defendant Rite Aid Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

      Laura Pierson-Scheinberg
      Miles & Stockbridge, P.C.
      10 Light Street
      Baltimore, MD 21202
      Telephone: (410) 727-6464
      Facsimile: (410) 385-3700
      E-mail: lpiersonscheinberg@milesstockbridge.com

is admitted to practice pro hac vice as counsel for Defendant Rite Aid Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: June _, 2007
       New York, New York

                                                    _____
                                                       United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Admit Counsel Pro Hac Vice, sponsoring affidavit of Scott B. Gilly, and proposed order were served via Overnight Mail, this 12th day of June 2007, upon the following counsel for Plaintiff:

Allyson L. Belovin, Esq.
Levy Ratner, P.C.
80 Eighth Avenue, 8th Floor
New York, NY 10011

_____