UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
1199SEIU, UNITED HEALTHCARE
WORKERS EAST,

                        Plaintiff,

        -against-

RITE AID CORPORATION and
THE JEAN COUTU GROUP (PJC), INC.,
THE JEAN COUTU GROUP USA, INC.,
d/b/a BROOKS ECKERD DRUG STORES,

                       Defendants.
------------------------------------------------------------X

07 cv. 04816 (GBD)

**ORDER**

Upon consideration of the Motion of Defendants The Jean Coutu Group (PJC), Inc. and The Jean Coutu Group USA, Inc. to Dismiss Complaint and any Opposition thereto, it is this _____ day of _____, 2007,

**HEREBY ORDERED** that the Motion to Dismiss Complaint be and hereby is, **GRANTED**.

Dated: June __, 2007
New York, New York

                                                           _____
                                                           United States District Judge