## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Motion of Defendants The Jean Coutu Group (PJC), Inc. and the Jean Coutu Group USA, Inc. to Dismiss the Complaint, supporting Memorandum of Law, and proposed Order were served via ECF, this 15th day of June 2007, upon the following counsel for Plaintiff:

Allyson L. Belovin, Esq.
Levy Ratner, P.C.
80 Eighth Avenue, 8th Floor
New York, NY 10011

_____