UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
1199SEIU, UNITED HEALTHCARE
WORKERS EAST,

                    Plaintiff,

        -against-

RITE AID CORPORATION and
THE JEAN COUTU GROUP (PJC), INC.,
THE JEAN COUTU GROUP USA, INC.,
d/b/a BROOKS ECKERD DRUG STORES,

                    Defendants.
------------------------------------------------------------X

07 cv. 04816 (GBD)

**NOTICE OF MOTION
AND PROPOSED ORDER**

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant Rite Aid Corporation's Motion to Dismiss the Complaint, dated June 15, 2007, Defendant Rite Aid Corporation will move this Court before the Honorable George B. Daniels on a date to be set by the Court, in the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, for an Order pursuant to Rules 12(b) (1) and (6) of the Federal Rules of Civil Procedure dismissing the Complaint in its entirety with prejudice and for such further relief as the Court may deem just and proper.

Dated: June 15, 2007
      New York, New York

                Respectfully submitted,

                THOMPSON WIGDOR & GILLY LLP

                By: _____
                      Scott B. Gilly (SG 6861)

                The Empire State Building
                350 Fifth Avenue, Suite 5720
                New York, New York 10118
                Telephone: (212) 239-9292
                Facsimile: (212) 239-9001
                E-mail: sgilly@twglawyers.com

                - and –

                Stephen M. Silvestri (*Motion to Admit Pro Hac Vice Pending*)
                Stefan J. Marculewicz (*Motion to Admit Pro Hac Vice Pending*)
                Laura Pierson-Scheinberg (*Motion to Admit Pro Hac Vice Pending*)
                MILES & STOCKBRIDGE, P.C.
                10 Light Street
                Baltimore, MD 21202
                Telephone: (410) 727-6464
                Facsimile: (410) 385-3700

                Counsel for Defendants

TO:   Allyson L. Belovin, Esq.
       Levy Ratner, P.C.
       80 Eighth Avenue, 8th Floor
       New York, NY 10011
       Counsel for Plaintiff