**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
1199SEIU, UNITED HEALTHCARE
WORKERS EAST,

       Plaintiff,

  -against-         07 cv. 04816 (GBD)

RITE AID CORPORATION and     **ORDER**
THE JEAN COUTU GROUP (PJC), INC.,
THE JEAN COUTU GROUP USA, INC.,
d/b/a BROOKS ECKERD DRUG STORES,

       Defendants.
------------------------------------------------------------X

  Upon Consideration of Defendant Rite Aid's Motion to Dismiss Complaint and any Opposition thereto, it is this _____ day of _____, 2007,

  **HEREBY ORDERED** that the Motion to Dismiss Complaint be and hereby is, **GRANTED**.

Dated: June __, 2007
New York, New York

                 _____
                 United States District Judge