UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

1199SEIU, UNITED HEALTHCARE
WORKERS EAST,

                              Plaintiff,

      -against-

RITE AID CORPORATION and
THE JEAN COUTU GROUP (PJC), INC.,
THE JEAN COUTU GROUP USA, INC.,
d/b/a BROOKS ECKERD DRUG STORES,

                            Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 5 2007
```

07 cv. 04816 (GBD)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

       Upon the motion of Scott B. Gilly, attorney for Defendant Rite Aid Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

       Stefan J. Marculewicz
       Miles & Stockbridge, P.C.
       10 Light Street
       Baltimore, MD 21202
       Telephone: (410) 727-6464
       Facsimile: (410) 385-3700
       E-mail: smarculewicz@milesstockbridge.com

is admitted to practice pro hac vice as counsel for Defendant Rite Aid Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: June __, 2007   JUN 1 5 2007
       New York, New York

                                            _____
                                            United States District Judge
                                            HON. GEORGE B. DANIELS