UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK     Attorney: LEVY RATNER, P.C.

1199SEIU, UNITED HEALTHCARE WORKERS EAST

Plaintiff(s)

Index # 07 CV 4816 (DANIELS)
Court Date June 19, 2007

- against -

RITE AID CORPORATION, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 8, 2007 at 09:00 AM at

SECRETARY OF STATE
ALBANY, NY12207

deponent served the within ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION; RULE 7.1 STATEMENT; PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR* on THE JEAN COUTU GROUP USA, INC. therein named,

**SECRETARY OF STATE**    a Domestic corporation by delivering two true copies to DONNA CHRISTIE, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Respondent and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 35 | 5'5 | 140 |

*AN INJUNCTION IN AID OF ARBITRATION; VERIFIED COMPLAINT; AND AFFIDAVIT OF LAURIEANNE VALLONE IN SUPPORT OF PLAINTIFF 1199'S MOTION FOR A PRELIMINARY INJUNCTION

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Respondent in this action.

Sworn to me on: June 12, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

STEVEN C. AVERY

Invoice #: 442010

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728