UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
1199SEIU, UNITED HEALTHCARE
WORKERS EAST,

                Plaintiff,                07 Civ. 04816 (GBD)

      -against-

RITE AID CORPORATION and
THE JEAN COUTU GROUP (PJC), Inc.,
THE JEAN COUTU GROUP USA, INC.,
d/b/a BROOKS ECKERD DRUG STORES

                Defendants.
------------------------------------------------------------X
STATE OF NEW YORK   )
                                 ) ss.:
COUNTY OF NEW YORK  )

## AFFIDAVIT OF SERVICE BY OVERNIGHT MAIL

       I, LOURDES B. GARCIA, being duly sworn state the following:

I am not a party to this action, am over 18 years of age and reside at New York, New York. On June 7, 2007, I served the within Plaintiff's Order to Show Cause for a Preliminary Injunction, Rule 7.1 Statement, Plaintiff's Memorandum of Law in Support of its Motion for an Injunction in Aid of Arbitration, Verified Complaint and Affidavit of Laurieanne D. Vallone in Support of Plaintiff 1199's Motion for a Preliminary Injunction by dispatching true copies by overnight delivery to the following persons at their last known addresses set forth after their names below:

Niels Hansen, Esq.                         The Jean Coutu Group
Rite Aid Corporation                   530 Beriault Street
30 Hunter Lane                              Longueil, Province of Quebec
Camp Hill, Pennsylvania 17105       J4G1S8, Canada

                                                  _____
                                                  LOURDES B. GARCIA

Sworn to before me this
18 day of June 2007

_____
NOTARY PUBLIC

DANA LOSSIA
Notary Public, State of New York
No. 02LO6161295
Qualified in Kings County
Commission Expires February 20, 2011

{Worldox Files\1199\123\01\07037025.DOC}