## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Second Declaration of Niels Hansen was served via ECF, this 19th day of June 2007, upon the following counsel for Plaintiff:

>Allyson L. Belovin, Esq.
>Levy Ratner, P.C.
>80 Eighth Avenue, 8[th] Floor
>New York, NY 10011

_____