**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x
:
1199 SEIU, United Healthcare Workers East, :
                  Plaintiff, :
:
        -against- :
:
Rite Aid Corporation, The Jean Coutu Group (PJC), :
Inc. and The Jean Coutu Group USA, Inc. d/b/a :
Brooks Eckerd Drug Stores, :
               Defendants. :
------------------------------------ x

07 CV 4816(GBD)

ORDER

GEORGE B. DANIELS, District Judge:

Plaintiff's motion for a preliminary injunction, made through an order to show cause filed on June 6, 2007, is denied without prejudice.

Dated: June 19, 2007
      New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge