# EXHIBIT C

# Figure 1: Current Agreement



# Figure 2: 1998 Agreement

