UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

1199SEIU, UNITED HEALTHCARE
WORKERS EAST,

        Plaintiff,

v.                                                            07-Civ.-4816 (GBD)

RITE AID CORPORATION, *et al.*,

        Defendants.

------------------------------------------------------------X

## ORDER

UPON consideration of the Rite Aid Corporation's Motion to Stay Arbitration Proceedings and any Opposition thereto, it is this _____ day of _____, 2007.

**HEREBY ORDERED** that the Motion to Stay Arbitration be and hereby is, **GRANTED.**

Dated: _____, 2007
       New York, New York

                                                           _____
                                                           The Honorable George B. Daniels