06/28/07 10:17 FAX 212 627 8947 LEVY RATNER PC  ☐003/004
Case 1:07-cv-04816-GBD   Document 29   Filed 06/29/2007   Page 1 of 2
06/28/07 THU 13:25 FAX 4103853700 MILES&STOCKBRIDGE ☐002

JUN-25-2007 16:06    LEVY RATNER PC                    212 627 8192    P.03/04

Allyson L. Belovin (AB 3702)
LEVY RATNER, P.C.
Attorneys for Plaintiff
80 Eighth Avenue - 8th Floor
New York, New York 10011
(212) 627-8100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
1199SEIU, UNITED HEALTHCARE WORKERS
EAST,
      Plaintiff,     07 cv. 04816 (GBD)

  - against -     STIPULATION AND ORDER
          EXTENDING TIME TO SUBMIT
RITE AID CORPORATION and  OPPOSITION AND REPLY TO
THE JEAN COUTU GROUP (PJC), INC., DEFENDANTS' MOTION TO
THE JEAN COUTU GROUP USA, INC., DISMISS
d/b/a BROOKS ECKERD DRUG STORES,

      Defendants.
------------------------------------------X

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for plaintiff and defendants, that the plaintiff's time to submit its Opposition to Defendants' Motion to Dismiss will be extended to July 13, 2007. Defendants' Reply to Plaintiff's Opposition submission will be submitted by July 27, 2007.

///

///

///

///

///

{Worldox File\1199\123\04\07037379.DOC}



Dated: New York, New York
June 25, 2007

LEVY RATNER, P.C.

By: /s/ Allyson L. Belovin
Allyson L. Belovin (AB 3702)
80 Eighth Avenue – 8th Floor
New York, New York 10011
(212) 627-8100
Attorneys for Plaintiff

MILES & STOCKBRIDGE, P.C.

By: /s/ Stephen M. Silvestri
Stephen M. Silvestri
10 Light Street
Baltimore, MD 21202
(410) 727-6464
Attorneys for Defendants, Rite Aid Corporation, The Jean Coutu Group (PJC), Inc., The Jean Coutu Group USA, Inc., d/b/a Brooks Eckerd Drug Stores

SO ORDERED:

JUN 29 2007

/s/ George B. Daniel
U.S.D.J.
GEORGE B. DANIELS

{Worldox Files\1139\123\04\07037379.DOC}   2