# EXHIBIT B

**LEVY RATNER, P.C.**
Attorneys at Law
80 Eighth Avenue
New York, New York 10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein °
Gwynne A. Wilcox *
Pamela Jeffrey
Owen M. Rumelt *
Kevin Finnegan
Carl J. Levine
David Slutsky ▲
Allyson L. Belovin
Jennifer J. Middleton ◊

Suzanne Hepner *
Ezekiel D. Carder ◊
César F. Rosado ▲

Senior Counsel:
Richard Dorn
Paul Schachter °
Denise Reinhardt ■

Counsel:
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz †

June 28, 2007

**BY FACSIMILE**

Hon. George B. Daniels
United States District Court for the
  Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    **1199SEIU United Healthcare Workers East v. Rite Aid Corp., et al.**
            **07 cv. 04816 (GBD)**

Dear Judge Daniels:

      This firm represents 1199SEIU United Healthcare Workers East in the above captioned matter. We write to provide you a courtesy copy of a Stipulation and Order executed by the parties extending plaintiff's time to submit its Opposition to Defendants' Motion to Dismiss from June 29, 2007 to July 13, 2007, and extending Defendants' time to submit its Reply to Plaintiff's Opposition from July 13, 2007 to July 27, 2007. There have been no previous requests for adjournments or extensions in this matter. This joint Stipulation and Order has been electronically filed.

      Please do not hesitate to contact me if you have any concerns regarding this matter.

                                                Respectfully,

                                               Allyson L. Belovin

Enclosure
cc:    Stephen M. Silvestri, Esq.
        Scott Browning Gilly, Esq.

{Worldox Files\1199\123\04\07038375.DOC}

° Admitted in NY, MA and DC   * Admitted in NY, NJ and PA   * Admitted in NY and DC   ▲ Admitted in NY and NJ   ◊ Admitted in NY and CA   ▲ Admitted in NY and CT   ▲ Admitted in PR only   ° Admitted in NY, NJ and PR   ■ Admitted in NJ only   † Admitted in NY and MA

Allyson L. Belovin (AB 3702)
LEVY RATNER, P.C.
Attorneys for Plaintiff
80 Eighth Avenue – 8th Floor
New York, New York 10011
(212) 627-8100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
1199SEIU, UNITED HEALTCHARE WORKERS
EAST,

                Plaintiff,          07 cv. 04816 (GBD)

    - against -                STIPULATION AND ORDER
                                          EXTENDING TIME TO SUBMIT
RITE AID CORPORATION and         OPPOSITION AND REPLY TO
THE JEAN COUTU GROUP (PJC), INC.,   DEFENDANTS' MOTION TO
THE JEAN COUTU GROUP USA, INC.,    DISMISS
d/b/a BROOKS ECKERD DRUG STORES,

                Defendants.
-----------------------------------------------------------X

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for plaintiff and defendants, that the plaintiff's time to submit its Opposition to Defendants' Motion to Dismiss will be extended to July 13, 2007. Defendants' Reply to Plaintiff's Opposition submission will be submitted by July 27, 2007.

///

///

///

///

///

{Worldox Files\1199\123\04\07037379.DOC}

Dated: New York, New York
June 25, 2007

LEVY RATNER, P.C.

By: /s/ Allyson L. Belovin
Allyson L. Belovin (AB 3702)
80 Eighth Avenue – 8th Floor
New York, New York 10011
(212) 627-8100
Attorneys for Plaintiff

MILES & STOCKBRIDGE, P.C.

By: /s/ Stephen M. Silvestri
Stephen M. Silvestri
10 Light Street
Baltimore, MD 21202
(410) 727-6464
Attorneys for Defendants, Rite Aid Corporation, The Jean Coutu Group (PJC), Inc., The Jean Coutu Group USA, Inc., d/b/a Brooks Eckerd Drug Stores

SO ORDERED:

_____
U.S.D.J.