# EXHIBIT C

Case 1:07-cv-04816-GBD    Document 28-6    Filed 06/22/2007    Page 1 of 3

# Figure 1:  Current Agreement



# Figure 2:  1998 Agreement

