UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
1199SEIU, UNITED HEALTHCARE    :
WORKERS EAST,                  :
                               :
           Plaintiff,          :    07-Civ.-4816 (GBD)
                               :
    v.                         :    **NOTICE OF CROSS-MOTION**
                               :    **TO COMPEL ARBITRATION**
RITE AID CORPORATION           :
                               :
           Defendant.          :
------------------------------------------------------X

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion to Compel Arbitration and Declaration of Allyson L. Belovin, Esq. dated July 15, 2007, Plaintiff 1199SEIU, United Healthcare Workers East will cross-move this Court before the Honorable George B. Daniels on a date to be set by the Court, in the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, for an Order pursuant to Rule 6.1 of the Federal Rules of Civil Procedure compelling Defendant Rite Aid Corporation to arbitrate the dispute between the parties and granting any such further relief the Court may deem just and proper.

Dated: July 16, 2007
       New York, New York

                                    Respectfully submitted,

                                    LEVY RATNER, P.C.

                               By:  _____
                                    Allyson L. Belovin (AB 3702)
                                    80 Eighth Avenue, 8th Floor
                                    New York, New York 10011
                                    (212) 627-8100 (phone)
                                    (212) 627-8182 (fax)
                                    abelovin@lrbpc.com
                                    Attorneys for Plaintiff

{Worldox Files\1199\123\04\07038854.DOC}