## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Defendant's Opposition to Plaintiff's Motion to Compel Arbitration and in Reply to Plaintiff's Opposition to Defendant's Motion to Stay Arbitration Proceedings was served via ECF on this 23rd day of July 2007, upon the following counsel for Plaintiff:

> Allyson L. Belovin, Esq.
> Levy Ratner, P.C.
> 80 Eighth A venue, 8th Floor
> New York, NY 10011