## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Memorandum of Law in Further Support of Defendant Rite Corporation's Unopposed Motion to Dismiss was served via ECF on this 23rd day of July 2007, upon the following counsel for Plaintiff:

>Allyson L. Belovin, Esq.
>Levy Ratner, P.C.
>80 Eighth Avenue, 8th Floor
>New York, NY 10011