UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
1199SEIU, UNITED HEALTHCARE
WORKERS EAST,

         Plaintiff,

   -against-

RITE AID CORPORATION,

         Defendant.
-------------------------------------------------------------X

07 cv. 04816 (GBD)

**RENEWED NOTICE OF MOTION TO DISMISS**

TO: Allyson L. Belovin, Esq.
   Levy Ratner, P.C.
   80 Eighth Avenue, 8th Floor
   New York, NY 10011
   Counsel for Plaintiff

PLEASE TAKE NOTICE that Defendant Rite Aid Corporation hereby renews its motion to dismiss, originally filed June 15, 2007 and fully submitted to the Court on July 23, 2007, and seeks dismissal of Plaintiff's First Amended Complaint in its entirety with prejudice, or in the alternative, seeks summary judgment granting Defendant's requested stay of arbitration. Defendant hereby incorporates and relies upon all of the briefing previously submitted in relation to these pending motions to support this renewed motion with no additional briefing necessary. Accordingly, on a date to be set by the Court, Defendant Rite Aid Corporation will move this Court before the Honorable George B. Daniels, in the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, for an Order pursuant to Fed. R. Civ. P. 12(b)(1) and (6) dismissing the First Amended Complaint in its entirety with prejudice, or in the alternative, for an Order staying arbitration pursuant to Fed. R. Civ. P. 56.

Dated: July 25, 2007
      New York, New York

                        Respectfully submitted,

                        THOMPSON WIGDOR & GILLY LLP

By: _____
       Scott B. Gilly (SG-6861)

The Empire State Building
350 Fifth Avenue, Suite 5720
New York, New York 10118
Telephone: (212) 239-9292
Facsimile: (212) 239-9001
E-mail: sgilly@twglawyers.com

- and –

Stephen M. Silvestri (*Pro Hac Vice*)
Stefan J. Marculewicz (*Pro Hac Vice*)
Laura Pierson-Scheinberg (*Pro Hac Vice*)
MILES & STOCKBRIDGE, P.C.
10 Light Street
Baltimore, MD 21202
Telephone: (410) 727-6464
Facsimile: (410) 385-3700

Counsel for Defendant