## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Defendant Rite Aid's Renewed Notice of Motion to Dismiss was served via ECF, this 25th day of July 2007, upon the following counsel for Plaintiff:

>Allyson L. Belovin, Esq.
>Levy Ratner, P.C.
>80 Eighth Avenue, 8th Floor
>New York, NY 10011

_____