UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
1199SEIU, UNITED HEALTHCARE　　　　　　:　　07 Civ. 4816
WORKERS EAST,　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiff,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　　**AFFIDAVIT**
　　　　　　　　　　　　　　　　　　　　　　　　:　　**OF SERVICE**
　　　　　　-against-　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
RITE AID CORPORATION　　　　　　　　　　:
　　　　　　　　　　Defendant.　　　　　　　　　:
------------------------------------------------------------X

STATE OF NEW YORK　　)
　　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

### AFFIDAVIT OF SERVICE BY EFILING AND BY OVERNIGHT MAIL

I, RICHARD STORM, being duly sworn state the following:

I am not a party to this action, am over 18 years of age and reside at New York, New York.

On the 30th of July, 2007, I served the within Plaintiff 1199's Reply Memorandum of Law in Support of its Cross-Motion to Compel Arbitration and its Opposition to Defendant's Motions to Stay the Arbitration and Dismiss Plaintiff's Amended Complaint by efiling said documents, which constitutes service upon the following parties.

　　　　Scott Browning Gilly　　　sgilly@twglawyers.com, jirvin@twglawyers.com
　　　　Stefan Jan Marculewicz　　smarculewicz@milesstockbridge.com
　　　　Laura A. Pierson Scheinberg　　lpiersonscheinberg@milesstockbridge.com
　　　　Stephen Michael Silvestri　　ssilvestri@milesstockbridge.com

In addition, I served the within Plaintiff 1199's Reply Memorandum of Law in Support of its Cross-Motion to Compel Arbitration and its Opposition to Defendant's Motions to Stay the Arbitration and Dismiss Plaintiff's Amended Complaint by mailing a true copy by overnight mail to the persons named below at the address indicated:

{Worldox Files\1199\123\04\07041605.DOC}

| | |
|---|---|
| Scott Browning Gilly, Esq.<br>Thompson, Wigdor & Gilly LLP<br>Empire State Building<br>350 Fifth Avenue Suite 5720<br>New York, NY 10118 | Stephen M. Silvestri<br>Miles & Stockbridge, P.C.<br>10 Light Street<br>Baltimore, MD 21202<br><br>_/s/ Richard Storm_<br>RICHARD STORM |

Sworn to before me this
30th day of July, 2007

_____
NOTARY PUBLIC

JOHN O. SOLIS
Notary Public, State of New York
No. 01SO6032705
Qualified in Queens County
Commission Expires November 8, 20 09

{Worldox Files\1199\123\04\07041605.DOC}