UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

1199 SEIU, UNITED HEALTHCARE
WORKERS EAST

                Plaintiff,

      -against-

RITE AID CORPORATION,

                Defendant.

------------------------------------------------x

07 CV 4816 (GBD)

<u>ORDER</u>

GEORGE B. DANIELS, District Judge:

    The Docket Clerk is instructed to remove the motion to dismiss made by defendant The Jean Coutu Group PJC, Inc., (Document 11) from the motions list because that defendant has been terminated from the action and the motion is now moot.

Dated: March 13, 2008
       New York, New York

SO ORDERED:

_[signature]_
GEORGE B. DANIELS
United States District Judge