UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
1199SEIU, UNITED HEALTHCARE WORKERS EAST

       Plaintiff,

  -against-

RITE-AID CORPORATION

       Defendant.
-----------------------------------------------------------x

07 CIVIL 04816 (GBD)

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☒ **Attorney**

 ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: SG-6861

 ☐ I am a Pro Hac Vice attorney

 ☐ I am a Government Agency attorney

☐ **Law Firm/Government Agency Association**

 From: _____

 To: _____

 ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

 ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* 85 Fifth Avenue   New York, NY 10003

☐ *Telephone Number:* (212) 257-6800

☐ *Fax Number:* (212) 257-6845

☐ *E-Mail Address:* sgilly@twglaw.com

Dated: 7/23/08